JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, NV 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
E-Mail: jsliker@lvnvlaw.com
*Attorneys for the Southwest Airlines Co. Welfare Benefit Plan, incorrectly named as Southwest Airlines Co. Funded Welfare Benefit Plan*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| G. DALLAS HORTON & ASSOCIATES,<br><br>   Plaintiff,<br><br>vs.<br><br>CYNTHIA HARRIS, an individual, LINCOLN FINANCIAL GROUP, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, CIGNA GROUP INSURANCE, LIFE INSURANCE COMPANY OF NORTH AMERICA, SOUTHWEST AIRLINES CO. FUNDED WELFARE BENEFIT PLAN, AMERICAN MEDICAL RESPONSE, FREMONT EMERGENCY SERVICES, RADIOLOGY ASSOCIATES OF NEVADA, ST. ROSE DOMINICAN – SAN MARTIN CAMPUS, ALIGN CHIROPRACTIC CENTENNIAL GROUP, ANTHEM CHIROPRACTIC, SELECT PHYSICAL THERAPY, PERSONAL PRIMARY CARE, P.C., LAS VEGAS RADIOLOGY, MEDICAL FUNDING RESOURCES,<br><br>   Defendants. | Case No.:   2:15-cv-01693-JCM-NJK<br><br>**STATEMENT REGARDING REMOVAL** |

Defendant, SOUTHWEST AIRLINES CO. WELFARE BENEFIT PLAN (the "Plan"), incorrectly named as Southwest Airlines Co. Funded Welfare Benefit Plan, in compliance with the Minute Order issued on September 3, 2015 (Doc. #3), states as follows:

/ / /

1

1. The Plan was served with a copy of the Summons and Complaint on Wednesday, August 5, 2015, and removed this action on September 3, 2015.

2. The Plan believes that Anthem Chiropractic and Align Chiropractic Centennial Group were served with the Summons and Complain in this matter; however, the dates of service are unknown.

3. The Plan also believes that Cigna Group Insurance and Life Insurance Company of North America, Lincoln Financial Group and The Lincoln National Life Insurance Company were served in this matter, but the dates of service for these entities is unknown. These entities were dismissed from the action while the matter was still pending in the District Court of Clark County, Nevada.

4. To date, the above referenced Defendants have not joined in this removal. The claims with respect to the Plan arise out of Cynthia Harris' ("Harris") participation in the Plan, which is a self-funded employee welfare plan governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq.* ("ERISA"). This Court has original jurisdiction of ERISA actions under 29 U.S.C. §§ 1132 (a) and (e), because the claims relate to benefits that Harris received under the Plan, and, thus, her claims are completely preempted and superseded by 29 U.S.C. § 1144(a). Pursuant to 28 U.S.C. § 1441(c)(2), the other Defendants are not required to join in this Notice of Removal because the claims asserted against the Plan are separate and independent claims for relief that arise under federal law.

Dated this 14th day of September, 2015.

BARRON & PRUITT, LLP

_____
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
3890 West Ann Road
North Las Vegas, NV 89031
*Attorneys for the Southwest Airlines Co. Welfare Benefit Plan, incorrectly named as Southwest Airlines Co. Funded Welfare Benefit Plan.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of September, 2015, I served the foregoing **STATEMENT REGARDING REMOVAL** as follows:

☒ US MAIL: by placing the document(s) listed above in a sealed envelope, postage prepaid, in the United States Mail at Las Vegas, Nevada, addressed to Cynthia Harris only.

☐ BY FAX: by transmitting the document(s) listed above via facsimile transmission to the fax number(s) set forth below.

☐ BY EMAIL: by emailing the document(s) listed above to the email address(es) set forth below.

☒ BY ELECTRONIC SERVICE: by electronically serving the document(s) listed above with the U.S. District Court's CM/ECF system upon the following:

G. Dallas Horton, Esq.
David L. Thomas, Esq.
Christian Z. Smith, Esq.
G. DALLAS HORTON & ASSOCIATES
4435 South Eastern Avenue
Las Vegas, Nevada  89119
*Attorneys for Plaintiff*

Anthony B. Golden, Esq.
Puneet K. Garg, Esq.
GARG GOLDEN LAW FIRM
8880 W. Sunset Road #275
Las Vegas, Nevada  89148
*Attorneys for Anthem Chiropractic*

Ingrid Patin, Esq.
Patin Law Group, PLLC
7925 W. Russell Road, No. 401714
Las Vegas, Nevada  89140
*Attorney for Defendant Align Chiropractic*

Cynthia Harris
10245 S. Maryland Parkway #238
Las Vegas, Nevada  89183
*Defendant Pro Se*
**Via mail only**

/s/ Jill L. Williams
_____
An Employee of BARRON & PRUITT, LLP