# EXHIBIT B

# EXHIBIT B

# EXHIBIT B

CASE Database     Cynthia Harris     Claim Detail

| Claim Service Date | Claim Paid Date | Claim Number | Claim ICD Code | Claim ICD Description | Claim CPT Code | Claim Provider Tax ID | Claim Provider Name | Claim Amount Charged | Claim Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| 08/22/2014 | 08/28/2014 | 4703585850 1 | | | | | | $284.00 | $0.00 |
| 08/22/2014 | 08/28/2014 | 4703585850 1 | | | | | | $10,598.00 | $0.00 |
| 08/22/2014 | 08/28/2014 | 4703585850 1 | | | | | | $3,683.00 | $3,338.00 |
| 08/22/2014 | 08/28/2014 | 4703585850 1 | | | | | | $265.80 | $239.22 |
| 08/22/2014 | 08/29/2014 | 4701604543 01 | | | | | | $939.60 | $845.64 |
| 08/22/2014 | 08/29/2014 | 4712646172 01 | | | | | | $37.00 | $10.41 |
| 08/22/2014 | 09/04/2014 | 4712646174 01 | | | | | | $39.00 | $15.69 |
| 08/22/2014 | 09/04/2014 | 4712646175 01 | | | | | | $58.00 | $23.48 |
| 08/22/2014 | 09/04/2014 | 4712646176 01 | | | | | | $192.00 | $93.98 |
| 08/22/2014 | 09/04/2014 | 4712646173 01 | | | | | | $153.00 | $103.70 |
| 08/22/2014 | 11/07/2014 | 4796030422 01 | | | | | | $1,233.00 | $234.63 |
| 09/04/2014 | 09/18/2014 | 4729433256 01 | | | | | | $150.00 | $0.00 |
| 09/04/2014 | 09/18/2014 | 4729433257 01 | | | | | | $75.00 | $0.00 |
| 09/04/2014 | 09/18/2014 | 4729433256 01 | | | | | | $150.00 | $1.22 |
| 09/04/2014 | 09/18/2014 | 4729433256 01 | | | | | | $75.00 | $7.20 |
| 09/15/2014 | 09/18/2014 | 4729412350 01 | | | | | | $1,000.00 | $98.32 |
| 10/14/2014 | 12/16/2014 | 4834636169 01 | | | | | | $600.00 | $0.00 |
| 11/05/2014 | 02/12/2015 | 4928380816 01 | | | | | | $50.00 | $0.00 |
| 11/05/2014 | 02/12/2015 | 4928380816 01 | | | | | | $40.00 | $0.00 |
| 11/05/2014 | 02/12/2015 | 4928380816 01 | | | | | | $40.00 | $0.00 |
| 11/05/2014 | 02/12/2015 | 4928380816 01 | | | | | | $40.00 | $0.00 |

CASE Database      Cynthia Harris      Claim Detail

| Claim Service Date | Claim Paid Date | Claim Number | Claim ICD Code | Claim ICD Description | Claim CPT Code | Claim Provider Tax ID | Claim Provider Name | Claim Amount Charged | Claim Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| 11/05/2014 | 02/12/2015 | 492838081601 | | | | | | $85.00 | $24.30 |
| 11/06/2014 | 02/12/2015 | 492838081703 | | | | | | $40.00 | $0.00 |
| 11/06/2014 | 02/12/2015 | 492838081701 | | | | | | $40.00 | $14.40 |
| 11/06/2014 | 02/12/2015 | 492838081702 | | | | | | $40.00 | $14.40 |
| 11/06/2014 | 02/12/2015 | 492838081701 | | | | | | $50.00 | $18.00 |
| 11/06/2014 | 02/12/2015 | 492838081601 | | | | | | $85.00 | $30.60 |
| 11/07/2014 | 02/12/2015 | 492838081702 | | | | | | $50.00 | $18.00 |
| 11/07/2014 | 02/12/2015 | 492838081701 | | | | | | $40.00 | $14.40 |
| 11/07/2014 | 02/12/2015 | 492838081702 | | | | | | $40.00 | $0.00 |
| 11/07/2014 | 02/12/2015 | 492838081701 | | | | | | $40.00 | $14.40 |
| 11/07/2014 | 02/12/2015 | 492838081702 | | | | | | $85.00 | $30.60 |
| 11/10/2014 | 02/12/2015 | 492838081801 | | | | | | $40.00 | $14.40 |
| 11/10/2014 | 02/12/2015 | 492838081801 | | | | | | $40.00 | $14.40 |
| 11/10/2014 | 02/12/2015 | 492838081801 | | | | | | $50.00 | $18.00 |
| 11/10/2014 | 02/12/2015 | 492838081703 | | | | | | $85.00 | $30.60 |
| 11/10/2014 | 02/12/2015 | 492838081902 | | | | | | $40.00 | $0.00 |
| 11/12/2014 | 02/12/2015 | 492838081901 | | | | | | $40.00 | $14.40 |
| 11/12/2014 | 02/12/2015 | 492838081902 | | | | | | $40.00 | $14.40 |
| 11/12/2014 | 02/12/2015 | 492838081801 | | | | | | $50.00 | $18.00 |
| 11/12/2014 | 02/12/2015 | 492838081801 | | | | | | $85.00 | $30.60 |

CASE Database

Cynthia Harris

Claim Detail

| Claim Service Date | Claim Paid Date | Claim Number | Claim ICD Code | Claim ICD Description | Claim CPT Code | Claim Provider Tax ID | Claim Provider Name | Claim Amount Charged | Claim Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| 11/13/2014 | 01/08/2015 | 487153918601 | | | | | | $450.00 | $0.00 |
| 11/14/2014 | 02/12/2015 | 492838081901 | | | | | | $40.00 | $14.40 |
| 11/14/2014 | 02/12/2015 | 492838081901 | | | | | | $40.00 | $14.40 |
| 11/14/2014 | 02/12/2015 | 492838081901 | | | | | | $40.00 | $14.40 |
| 11/14/2014 | 02/12/2015 | 492838081901 | | | | | | $50.00 | $18.00 |
| 11/14/2014 | 02/12/2015 | 492838081901 | | | | | | $85.00 | $30.60 |
| 11/14/2014 | 02/12/2015 | 492838081902 | | | | | | $40.00 | $14.40 |
| 11/17/2014 | 02/12/2015 | 492838082001 | | | | | | $40.00 | $14.40 |
| 11/17/2014 | 02/12/2015 | 492838082001 | | | | | | $40.00 | $14.40 |
| 11/17/2014 | 02/12/2015 | 492838082001 | | | | | | $50.00 | $18.00 |
| 11/17/2014 | 02/12/2015 | 492838082001 | | | | | | $85.00 | $30.60 |
| 11/19/2014 | 02/12/2015 | 492838062001 | | | | | | $40.00 | $14.40 |
| 11/19/2014 | 02/12/2015 | 492838062001 | | | | | | $40.00 | $14.40 |
| 11/19/2014 | 02/12/2015 | 492838062001 | | | | | | $40.00 | $14.40 |
| 11/19/2014 | 02/12/2015 | 492838062001 | | | | | | $50.00 | $18.00 |
| 11/19/2014 | 02/12/2015 | 492838082001 | | | | | | $85.00 | $30.60 |
| 11/21/2014 | 02/12/2015 | 492838062101 | | | | | | $40.00 | $14.40 |
| 11/21/2014 | 02/12/2015 | 492838062101 | | | | | | $40.00 | $14.40 |
| 11/21/2014 | 02/12/2015 | 492838062101 | | | | | | $40.00 | $14.40 |
| 11/21/2014 | 02/12/2015 | 492838062001 | | | | | | $50.00 | $18.00 |
| 11/21/2014 | 02/12/2015 | 492838062001 | | | | | | $85.00 | $30.60 |

CASE Database

Cynthia Harris

Claim Detail

| Claim Service Date | Claim Paid Date | Claim Number | Claim ICD Code | Claim ICD Description | Claim CPT Code | Claim Provider Tax ID | Claim Provider Name | Claim Amount Charged | Claim Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| 11/24/2014 | 02/12/2015 | 4928380621 01 | | | | | | $40.00 | $14.40 |
| 11/24/2014 | 02/12/2015 | 4928380821 01 | | | | | | $40.00 | $14.40 |
| 11/24/2014 | 02/12/2015 | 4928380821 01 | | | | | | $40.00 | $14.40 |
| 11/24/2014 | 02/12/2015 | 4928380621 01 | | | | | | $50.00 | $18.00 |
| 11/24/2014 | 02/12/2015 | 4928380621 01 | | | | | | $85.00 | $30.60 |
| 11/24/2014 | 12/03/2014 | 4833789914 01 | | | | | | $95.00 | $33.92 |
| 11/24/2014 | 12/03/2014 | 4833789914 01 | | | | | | $450.00 | $115.86 |
| 11/26/2014 | 02/12/2015 | 4928380821 01 | | | | | | $40.00 | $14.40 |
| 11/26/2014 | 02/12/2015 | 4928380821 01 | | | | | | $40.00 | $14.40 |
| 11/26/2014 | 02/12/2015 | 4928380821 01 | | | | | | $40.00 | $14.40 |
| 11/26/2014 | 02/12/2015 | 4928380821 01 | | | | | | $85.00 | $30.60 |
| 11/26/2014 | 02/12/2015 | 4928380822 01 | | | | | | $50.00 | $18.00 |
| 12/01/2014 | 02/12/2015 | 4928380822 01 | | | | | | $40.00 | $14.40 |
| 12/01/2014 | 02/12/2015 | 4928380822 01 | | | | | | $40.00 | $14.40 |
| 12/01/2014 | 02/12/2015 | 4928380822 01 | | | | | | $50.00 | $18.00 |
| 12/01/2014 | 02/12/2015 | 4928380822 01 | | | | | | $85.00 | $30.60 |
| 12/03/2014 | 02/12/2015 | 4928380823 01 | | | | | | $40.00 | $14.40 |
| 12/03/2014 | 02/12/2015 | 4928380823 01 | | | | | | $40.00 | $14.40 |
| 12/03/2014 | 02/12/2015 | 4928380823 01 | | | | | | $40.00 | $14.40 |
| 12/03/2014 | 02/12/2015 | 4928380823 01 | | | | | | $50.00 | $18.00 |

CASE Database     Cynthia Harris     Claim Detail

| Claim Service Date | Claim Paid Date | Claim Number | Claim ICD Code | Claim ICD Description | Claim CPT Code | Claim Provider Tax ID | Claim Provider Name | Claim Amount Charged | Claim Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| 12/03/2014 | 02/12/2015 | 4928380823O1 | | | | | | $85.00 | $30.60 |
| 12/05/2014 | 02/10/2015 | 4928378907O1 | | | | | | $50.00 | $0.00 |
| 12/05/2014 | 02/10/2015 | 4928378907O1 | | | | | | $40.00 | $0.00 |
| 12/05/2014 | 02/10/2015 | 4928378907O1 | | | | | | $40.00 | $7.28 |
| 12/05/2014 | 02/10/2015 | 4928378907O1 | | | | | | $40.00 | $7.69 |
| 12/05/2014 | 02/12/2015 | 4928380824O1 | | | | | | $85.00 | $28.00 |
| 12/08/2014 | 02/12/2015 | 4928380824O1 | | | | | | $40.00 | $14.40 |
| 12/08/2014 | 02/12/2015 | 4928380824O1 | | | | | | $40.00 | $14.40 |
| 12/08/2014 | 02/12/2015 | 4928380824O1 | | | | | | $40.00 | $14.40 |
| 12/08/2014 | 02/12/2015 | 4928380823O1 | | | | | | $50.00 | $18.00 |
| 12/09/2014 | 02/12/2015 | 4928380825O1 | | | | | | $85.00 | $30.60 |
| 12/09/2014 | 02/12/2015 | 4928380825O1 | | | | | | $40.00 | $14.40 |
| 12/09/2014 | 02/12/2015 | 4928380825O1 | | | | | | $40.00 | $14.40 |
| 12/09/2014 | 02/12/2015 | 4928380824O1 | | | | | | $40.00 | $14.40 |
| 12/10/2014 | 02/12/2015 | 4928380824O1 | | | | | | $85.00 | $30.60 |
| 12/10/2014 | 02/12/2015 | 4928380825O1 | | | | | | $40.00 | $14.40 |
| 12/10/2014 | 02/12/2015 | 4928380826O1 | | | | | | $40.00 | $14.40 |
| 12/10/2014 | 02/12/2015 | 4928380826O1 | | | | | | $50.00 | $18.00 |
| 12/10/2014 | 02/12/2015 | 4928380825O1 | | | | | | $85.00 | $30.60 |

CASE Database

Cynthia Harris

Claim Detail

| Claim Service Date | Claim Paid Date | Claim Number | Claim ICD Code | Claim ICD Description | Claim CPT Code | Claim Provider Tax ID | Claim Provider Name | Claim Amount Charged | Claim Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| 12/15/2014 | 12/18/2014 | 4850912415017 | | | | | | $1,725.00 | $538.37 |
| 12/15/2014 | 02/12/2015 | 4928380826017 | | | | | | $40.00 | $14.40 |
| 12/15/2014 | 02/12/2015 | 4928380826017 | | | | | | $40.00 | $14.40 |
| 12/15/2014 | 02/12/2015 | 4928380826017 | | | | | | $50.00 | $18.00 |
| 12/15/2014 | 02/12/2015 | 4928380826017 | | | | | | $85.00 | $30.60 |
| 12/17/2014 | 02/12/2015 | 4928381016017 | | | | | | $40.00 | $14.40 |
| 12/17/2014 | 02/12/2015 | 4928381016017 | | | | | | $40.00 | $14.40 |
| 12/17/2014 | 02/12/2015 | 4928381016017 | | | | | | $50.00 | $18.00 |
| 12/17/2014 | 02/12/2015 | 4928381016017 | | | | | | $85.00 | $30.60 |
| 12/18/2014 | 12/23/2014 | 4860859195017 | | | | | | $312.00 | $54.46 |
| 12/18/2014 | 12/24/2014 | 4862954461017 | | | | | | $210.00 | $20.55 |
| 12/18/2014 | 12/30/2014 | 4869820183017 | | | | | | $498.50 | $243.17 |
| 12/18/2014 | 02/26/2015 | 4949804540017 | | | | | | $450.00 | $189.00 |
| 12/19/2014 | 02/12/2015 | 4928380619017 | | | | | | $40.00 | $14.40 |
| 12/19/2014 | 02/12/2015 | 4928380619017 | | | | | | $40.00 | $14.40 |
| 12/19/2014 | 02/12/2015 | 4928381016017 | | | | | | $50.00 | $18.00 |
| 12/19/2014 | 02/12/2015 | 4928381016017 | | | | | | $85.00 | $30.60 |
| 12/22/2014 | 02/12/2015 | 4928380619017 | | | | | | $40.00 | $14.40 |
| 12/22/2014 | 02/12/2015 | 4928380619017 | | | | | | $40.00 | $14.40 |
| 12/22/2014 | 02/12/2015 | 4928380619017 | | | | | | $50.00 | $18.00 |
| 12/22/2014 | 02/12/2015 | 4928380619017 | | | | | | $85.00 | $30.60 |

CASE Database     Cynthia Harris     Claim Detail

| Claim Service Date | Claim Paid Date | Claim Number | Claim ICD Code | Claim ICD Description | Claim CPT Code | Claim Provider Tax ID | Claim Provider Name | Claim Amount Charged | Claim Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| 12/23/2014 | 01/01/2015 | 4871633983O1 | | | | | | $345.00 | $75.67 |
| 12/23/2014 | 01/01/2015 | 4871633983O1 | | | | | | $144.59 | |
| 12/23/2014 | 01/01/2015 | 4871633983O1 | | | | | | $425.00 | $216.89 |
| 12/23/2014 | 01/01/2015 | 4871633983O2 | | | | | | $1,275.00 | $462.70 |
| 12/23/2014 | 01/01/2015 | 4871633983O1 | | | | | | $1,380.00 | |
| 12/23/2014 | 02/12/2015 | 4928380811O1 | | | | | | $40.00 | $14.40 |
| 12/23/2014 | 02/12/2015 | 4928380811O1 | | | | | | $40.00 | $14.40 |
| 12/23/2014 | 02/12/2015 | 4928380811O1 | | | | | | $50.00 | $18.00 |
| 12/23/2014 | 02/12/2015 | 4928380811O1 | | | | | | $85.00 | $30.60 |
| 12/29/2014 | 02/12/2015 | 4928380812O1 | | | | | | $40.00 | $14.40 |
| 12/29/2014 | 02/12/2015 | 4928380812O1 | | | | | | $40.00 | $14.40 |
| 12/29/2014 | 02/12/2015 | 4928380811O1 | | | | | | $50.00 | $18.00 |
| 12/29/2014 | 02/12/2015 | 4928380811O1 | | | | | | $85.00 | $30.60 |
| 12/30/2014 | 01/05/2015 | 4877969034O1 | | | | | | $210.00 | $20.55 |
| 12/31/2014 | 02/12/2015 | 4928380812O1 | | | | | | $40.00 | $14.40 |
| 12/31/2014 | 02/12/2015 | 4928380812O1 | | | | | | $40.00 | $14.40 |
| 12/31/2014 | 02/12/2015 | 4928380812O1 | | | | | | $50.00 | $18.00 |
| 12/31/2014 | 02/12/2015 | 4928380812O1 | | | | | | $85.00 | $30.60 |
| 01/02/2015 | 02/12/2015 | 4928380813O1 | | | | | | $40.00 | $0.00 |
| 01/02/2015 | 02/12/2015 | 4928380813O1 | | | | | | $50.00 | $0.00 |
| 01/02/2015 | 02/12/2015 | 4928380813O1 | | | | | | $85.00 | $0.00 |
| 01/02/2015 | 02/12/2015 | 4928380813O1 | | | | | | $40.00 | $0.00 |

CASE Database

Cynthia Harris

Claim Detail

| Claim Service Date | Claim Paid Date | Claim Number | Claim ICD Code | Claim ICD Description | Claim CPT Code | Claim Provider Tax ID | Claim Provider Name | Claim Amount Charged | Claim Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| 01/05/2015 | 02/12/2015 | 4928378906O1 | | | | | | $40.00 | $0.00 |
| 01/05/2015 | 02/12/2015 | 4928378906O1 | | | | | | $40.00 | $0.00 |
| 01/05/2015 | 02/12/2015 | 4928378906O1 | | | | | | $85.00 | $0.00 |
| 01/05/2015 | 02/12/2015 | 4928378906O1 | | | | | | $50.00 | $0.00 |
| 01/07/2015 | 02/12/2015 | 4928380813O1 | | | | | | $50.00 | $0.00 |
| 01/07/2015 | 02/12/2015 | 4928380813O1 | | | | | | $85.00 | $0.00 |
| 01/07/2015 | 02/12/2015 | 4928380814O1 | | | | | | $40.00 | $0.00 |
| 01/07/2015 | 02/12/2015 | 4928380814O1 | | | | | | $40.00 | $0.00 |
| 01/09/2015 | 02/12/2015 | 4928380814O1 | | | | | | $50.00 | $0.00 |
| 01/09/2015 | 02/12/2015 | 4928380814O1 | | | | | | $40.00 | $0.00 |
| 01/12/2015 | 02/12/2015 | 4928380814O1 | | | | | | $85.00 | $0.00 |
| 01/12/2015 | 02/12/2015 | 4928380815O1 | | | | | | $85.00 | $0.00 |
| 01/12/2015 | 02/12/2015 | 4928380815O1 | | | | | | $40.00 | $0.00 |
| 01/12/2015 | 02/12/2015 | 4928380815O1 | | | | | | $50.00 | $0.00 |
| 01/14/2015 | 02/12/2015 | 4928380815O1 | | | | | | $40.00 | $0.00 |
| 01/14/2015 | 02/12/2015 | 4928380815O1 | | | | | | $85.00 | $0.00 |
| 01/14/2015 | 02/12/2015 | 4928380815O1 | | | | | | $40.00 | $0.00 |
| 01/15/2015 | 01/22/2015 | 4900462970I | | | | | | $50.00 | $0.00 |
| 01/15/2015 | 01/22/2015 | 4900462970I | | | | | | $210.00 | $20.55 |
| 01/15/2015 | 02/26/2015 | 4948980455O1 | | | | | | $95.00 | $33.92 |
| 01/15/2015 | | | | | | | | $450.00 | $0.00 |

CASE Database

Cynthia Harris

Claim Detail

| Claim Service Date | Claim Paid Date | Claim Number | Claim ICD Code | Claim ICD Description | Claim CPT Code | Claim Provider Tax ID | Claim Provider Name | Claim Amount Charged | Claim Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| 01/16/2015 | 02/12/2015 | 4928378883001 | | | | | | $40.00 | $0.00 |
| 01/16/2015 | 02/12/2015 | 4928378883001 | | | | | | $85.00 | $0.00 |
| 01/16/2015 | 02/12/2015 | 4928378883001 | | | | | | $40.00 | $0.00 |
| 01/16/2015 | 02/12/2015 | 4928378883001 | | | | | | $50.00 | $0.00 |
| 01/19/2015 | 02/12/2015 | 4928378883101 | | | | | | $85.00 | $0.00 |
| 01/19/2015 | 02/12/2015 | 4928378883101 | | | | | | $50.00 | $0.00 |
| 01/19/2015 | 02/12/2015 | 4928378883101 | | | | | | $40.00 | $0.00 |
| 01/19/2015 | 02/12/2015 | 4928378883101 | | | | | | $40.00 | $0.00 |
| 01/21/2015 | 02/12/2015 | 4928378883101 | | | | | | $40.00 | $0.00 |
| 01/21/2015 | 02/12/2015 | 4928378883101 | | | | | | $50.00 | $0.00 |
| 01/21/2015 | 02/12/2015 | 4928378883101 | | | | | | $85.00 | $0.00 |
| 01/21/2015 | 02/12/2015 | 4928378883201 | | | | | | $40.00 | $0.00 |
| 01/28/2015 | 02/12/2015 | 4928378883201 | | | | | | $50.00 | $0.00 |
| 01/28/2015 | 02/12/2015 | 4928378883201 | | | | | | $40.00 | $0.00 |
| 01/28/2015 | 02/12/2015 | 4928378883201 | | | | | | $85.00 | $0.00 |
| 01/28/2015 | 02/12/2015 | 4928378883201 | | | | | | $40.00 | $0.00 |
| | | | | | | | | $36,062.90 | $9,124.56 |