**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

G. DALLAS NORTON & ASSOCIATES,

    Plaintiff,

v.

CYNTHIA HARRIS, an individual, LINCOLN FINANCIAL GROUP, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, CIGNA GROUP INSURANCE, LIFE INSURANCE COMPANY OF NORTH AMERICA, SOUTHWEST AIRLINES CO. FUNDED WELFARE BENEFIT PLAN, AMERICAN MEDICAL RESPONSE, FREMONT EMERGENCY SERVICES, RADIOLOGY ASSOCIATES OF NEVADA, ST. ROSE DOMINICAN – SAN MARTIN CAMPUS, ALIGN CHIROPRACTIC CENTENNIAL GROUP, ANTHEM CHIROPRACTIC, SELECT PHYSICAL THERAPY, PERSONAL PRIMARY CARE, P.C., LAS VEGAS RADIOLOGY, MEDICAL FUNDING RESOURCES,

    Defendants.

Case No.: 2:15-cv-01693-JCM-NJK

### JOINT STATUS REPORT

The Parties, in compliance with the Minute Order issued on September 3, 2015 [RE #3], state as follows:

**1.  Pending Motions or Other Matters Requiring the Court's Attention:**

**RESPONSE:** None at this time.  However, the parties anticipate that Plaintiff's counsel will begin requesting that the Court enter default judgments as to the parties who have failed to appear or otherwise assert a claim to the proceeds at issue in this case.

**2.  Statement of Action to be taken by the Court:**

**RESPONSE:** Cynthia Harris ("Harris") was involved in an automobile accident on or about August 22, 2014 ("Accident").  With the assistance of Plaintiff, Harris settled her claims arising out of the Accident for $35,000.00 ("Disputed Funds").  Plaintiff is in

- 1 -

doubt as to the rightful claimants to the Disputed Funds, and requests this Court's assistance in determining the rightful owners to the Disputed Funds, including Plaintiff's interests in retaining its fees and costs.

3.  **Contentions and claims by the respective parties:**

A. **G. Dallas Horton & Associates:** G. Dallas Horton & Associates has asserted an attorney lien for this matter in the total amount of $13,285.91.

B. **Southwest Airlines Co. Welfare Benefit Plan:** The Southwest Airlines Co. Welfare Benefit Plan ("Plan") is self-funded and covered by the Employee Retirement Income Security Act of 1974 ("ERISA"). At all times relevant to this action, Harris was a covered person under the Plan. To date, the Plan has paid benefits in the amount of at least $9,124.56 on behalf of Harris for injuries related to the Accident. The Plan has a first priority right of subrogation and reimbursement to the full extent of benefits paid, which attaches at the moment benefits are paid, regardless of whether the Plan participant is made-whole by any recovery and the Plan's subrogation and reimbursement interest shall not by reduced by another party's attorney's fees.

C. **Align Chiropractic:** Defendant Align Chiropractic ("Defendant Align") is a medical facility that provided medical care and services to Defendant CYNTHIA HARRIS following the Accident. Defendant Align and Defendant CYNTHIA HARRIS entered into a contract concerning payment for said medical care and services. Defendant Align performed each and every would be contractual obligation owed to Defendant CYNTHIA HARRIS. Defendant CYNTHIA HARRIS is liable to Defendant Align for the total billed charges in the amount of $2,991.60 for costs incurred for medical care and services provided, and payment of the same by Defendant CYNTHIA HARRIS is not contingent upon any settlement recovered. Any partial payment to Defendant Align by way of this action for any amounts owed to Defendant Align by

- 2 -

Defendant CYNTHIA HARRIS does not discharge Defendant CYNTHIA HARRIS' obligation to Defendant Align for the balance remaining for the medical treatment.

**D. Anthem Chiropractic:**

**E. Cynthia Harris:**

**4. Status of Other Parties:**

**Cigna Group Insurance**, **Life Insurance Company of North America**, **Lincoln Financial Group**, and **The Lincoln National Life Insurance Company** have disclaimed an interest in this matter and were dismissed from the action while the matter was still pending in the District Court of Clark County, Nevada.

**Advanced Orthopedics and Sports Medicine** and **Advanced Pain Consultants** have disclaimed an interest in this matter, and may be dismissed.

**United Healthcare, Select Physical Therapy, Medical Funding Resources, Personal Primary Care, P.C., American Medical Response, Radiology Associates of Nevada, St. Rose Dominican – San Martin Campus,** and **Las Vegas Radiology** have neither responded to the Interpleader Complaint, nor disclaimed an interest in these proceedings to date.

Dated: October 12, 2015

| BARRON & PRUITT, LLP | G. DALLAS HORTON & ASSOCIATES |
|---|---|
| /s/ Joshua A. Sliker<br>JOSHUA A. SLIKER, ESQ.<br>Nevada Bar No. 12493<br>3890 West Ann Road<br>North Las Vegas, NV 89031<br>*Attorneys for the Southwest Airlines Co. Welfare Benefit Plan, incorrectly named as Southwest Airlines Co. Funded Welfare Benefit Plan* | /s/ David L. Thomas<br>G. DALLAS HORTON, ESQ.<br>Nevada Bar #5996<br>DAVID L. THOMAS, ESQ.<br>Nevada Bar #3172<br>CHRISTIAN Z. SMITH, ESQ.<br>Nevada Bar #8266<br>4435 South Eastern Avenue<br>Las Vegas, Nevada 89119<br>*Attorneys for Plaintiff* |

PATIN LAW GROUP, PLLC

/s/ Ingrid Patin
INGRID PATIN, ESQ.
Nevada Bar #11239
6671 S. Las Vegas Blvd. #210
Las Vegas, Nevada 89119
*Attorneys for Align Chiropractic*

- 3 -

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of October, 2015, I served the foregoing **JOINT STATUS REPORT** as follows:

☒ US MAIL: by placing the document(s) listed above in a sealed envelope, postage prepaid, in the United States Mail at Las Vegas, Nevada, to Cynthia Harris only:

☒ BY ELECTRONIC SERVICE: by electronically serving the document(s) listed above with the U.S. District Court's CM/ECF system upon the following:

G. Dallas Horton, Esq.
David L. Thomas, Esq.
Christian Z. Smith, Esq.
G. DALLAS HORTON & ASSOCIATES
4435 South Eastern Avenue
Las Vegas, Nevada 89119
Fax: 702-385-3101
Email: davidthomas@gdallashorton.com
*Attorneys for Plaintiff*

Anthony B. Golden, Esq.
Puneet K. Garg, Esq.
GARG GOLDEN LAW FIRM
8880 W. Sunset Road #275
Las Vegas, Nevada 89148
Fax: (702) 850-0204
Email: agolden@garggolden.com
Email: pgarg@garggolden.com
*Attorneys for Anthem Chiropractic*

Ingrid Patin, Esq.
PATIN LAW GROUP, PLLC
7925 W. Russell Road, No. 401714
Las Vegas, Nevada 89140
Fax: 702-728-2782
Email: ingrid@patinlaw.com
*Attorney for Defendant Align Chiropractic*

Cynthia Harris
10245 S. Maryland Parkway #238
Las Vegas, Nevada 89183
*Defendant Pro Se*
**Via mail only**

/s/ Jill L. Williams
An Employee of BARRON & PRUITT, LLP