**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| G. DALLAS HORTON & ASSOCIATES, | Case No. 2:15-cv-01693-JCM-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 11) |
| CYNTHIA HARRIS, et al., | |
| Defendant(s). | |

Presently before Court is the parties' stipulation for an extension of time to file a proposed joint discovery plan. Docket No. 11. On July 24, 2015, Plaintiff filed this interpleader action in the District Court of Clark County, Nevada. Docket No. 1 at 2. On September 3, 2015, Defendant Southwest Airlines Co. Welfare Benefit Plan ("Southwest") removed the case to this Court. *Id.* On September 28, 2015, Defendant Southwest filed an answer. Docket No. 9. The Local Rules provide as follows:

> In all interpleader actions, the plaintiff must file a motion requesting that the Court set a scheduling conference. The motion must be filed within thirty (30) days after the first defendant answers or otherwise appears. At the scheduling conference, the plaintiff will advise the Court as to the status of service on all defendants who have not appeared. In addition, the Court and parties will develop a briefing schedule or discovery plan and scheduling order for resolving the parties' competing claims. <u>If the plaintiff fails to prosecute the interpleader action by failing to file the motion required by this Local Rule, the Court may dismiss the action.</u>

Local Rule 22-2 (emphasis added). Local Rule 22-2 therefore required Plaintiff to file a motion requesting a scheduling conference no later than October 28, 2015.

. . . .

. . . .

. . . .

. . . .

. . . .

Having failed to do so, Plaintiff is hereby **ORDERED** to file the appropriate motion, no later than November 30, 2015, or show cause in writing why this action should not be dismissed for failure to prosecute pursuant to Local Rule 22-2.

IT IS SO ORDERED.

DATED: November 18, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge