1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

G. DALLAS HORTON & ASSOCIATES,    )    Case No. 2:15-cv-01693-JCM-NJK
                                  )
                    Plaintiff(s), )    ORDER
                                  )
vs.                               )    (Docket No. 13)
                                  )
CYNTHIA HARRIS, et al.,           )
                                  )
                    Defendant(s). )
_____ )

Pending before the Court is Plaintiff's motion for a scheduling conference. Docket No. 13. The Court hereby **SETS** a scheduling conference for December 3, 2015, at 10:00 a.m. in Courtroom 3D. Counsel for all parties must personally attend the scheduling conference.

IT IS SO ORDERED.

DATED:  November 25, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge