**JOSHUA A. SLIKER, ESQ.**
Nevada Bar No. 12493
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, NV 89031
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
Email: jsliker@lvnvlaw.com
*Attorneys for Southwest Airlines Co. Welfare Benefit Plan, incorrectly named as Southwest Airlines Co. Funded Welfare Benefit Plan*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

*****

| | |
|---|---|
| G. DALLAS NORTON & ASSOCIATES, <br><br> Plaintiff, <br><br> vs. <br><br> CYNTHIA HARRIS, an individual, LINCOLN FINANCIAL GROUP, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, CIGNA GROUP INSURANCE, LIFE INSURANCE COMPANY OF NORTH AMERICA, SOUTHWEST AIRLINES CO. FUNDED WELFARE BENEFIT PLAN, AMERICAN MEDICAL RESPONSE, FREMONT EMERGENCY SERVICES, RADIOLOGY ASSOCIATES OF NEVADA, ST. ROSE DOMINICAN – SAN MARTIN CAMPUS, ALIGN CHIROPRACTIC CENTENNIAL GROUP, ANTHEM CHIROPRACTIC, SELECT PHYSICAL THERAPY, PERSONAL PRIMARY CARE, P.C., LAS VEGAS RADIOLOGY, MEDICAL FUNDING RESOURCES, <br><br> Defendants. | Case No.:   2:15-cv-01693-JCM-NJK <br><br> **STIPULATION AND PROPOSED ORDER TO CONTINUE SCHEDULING CONFERENCE** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the Scheduling Conference currently set for December 3, 2015 at 10:00 a.m. be rescheduled due to the unavailability of Joshua A. Sliker, Esq., Counsel for Southwest Airlines Co. Funded Welfare Benefit Plan.[1] The parties propose that the conference be rescheduled to

---

[1] Mr. Sliker is attending an all-day mediation in Salt Lake City, Utah.

585.65

1

December 9, 2015 at 10:00 a.m.

DATED this 1st day of December, 2015.

| BARRON & PRUITT, LLP | G. DALLAS HORTON & ASSOCIATES |
|---|---|
| /s/ Joshua A. Sliker | /s/ David L. Thomas |
| _____ | _____ |
| JOSHUA A. SLIKER, ESQ. | G. DALLAS HORTON, ESQ. |
| Nevada Bar No. 12493 | Nevada Bar No. 5996 |
| 3890 West Ann Road | DAVID L. THOMAS, ESQ. |
| North Las Vegas, NV 89031 | Nevada Bar No. 3172 |
| Attorneys for Defendant, | CHRISTIAN Z. SMITH, ESQ. |
| *Southwest Airlines Co. Welfare Benefit Plan, incorrectly named as Southwest Airlines Co. Funded Welfare Benefit Plan* | Nevada Bar No. 8266 |
|  | 4435 South Eastern Avenue |
|  | Las Vegas, Nevada 89119 |
|  | *Attorneys for Plaintiff* |

| PATIN LAW GROUP, PLLC | GARG GOLDEN LAW FIRM |
|---|---|
| /s/ Ingrid Patin | /s/ Puneet K. Garg |
| _____ | _____ |
| INGRID PATIN, ESQ. | ANTHONY B. GOLDEN, ESQ. |
| Nevada Bar No. 11239 | Nevada Bar No. 9563 |
| 6671 S. Las Vegas Blvd., #210 | PUNEET K. GARG, ESQ. |
| Las Vegas, Nevada 89119 | Nevada Bar No. 9811 |
| Attorneys for Defendant, | 8880 W. Sunset Road, Suite 275 |
| *Align Chiropractic* | Las Vegas, Nevada 89148 |
|  | *Attorneys for Defendant Anthem Chiropractic* |

/s/ Cynthia Harris
_____
CYNTHIA HARRIS
*Pro Se Defendant*

## **ORDER**

IT IS HEREBY ORDERED that the Scheduling Conference currently set for December 3, 2015 at 10:00 a.m. has been rescheduled to December 16, 2015, at 11:00 a.m. in Courtroom 3C.

Dated this  1st  day of  December , 2015.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

2