1  G. DALLAS HORTON & ASSOCIATES
   G. DALLAS HORTON, ESQ.
2  Nevada Bar No. 5996
   DAVID L. THOMAS, ESQ.
3  Nevada Bar No. 3172
4  CHRISTIAN Z. SMITH, ESQ.
   Nevada Bar No. 8266
5  4435 South Eastern Avenue
   Las Vegas, Nevada 89119
6  (702) 380-3100
   *Attorneys for Plaintiff*
7

8
## IN THE UNITED STATES DISTRICT COURT
9
## FOR THE DISTRICT OF NEVADA
10

| | |
|---|---|
| G. DALLAS HORTON & ASSOCIATES, a Nevada Corporation;<br><br>Plaintiff,<br>v.<br><br>CYNTHIA HARRIS, an individual, LINCOLN FINANCIAL GROUP; THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; CIGNA GROUP INSURANCE; LIFE INSURANCE COMPANY OF NORTH AMERICA; BENEFIT RECOVERY, INC.; UNITED HEALTHCARE OF NEVADA INCOPORATED; AMERICAN MEDICAL RESPONSE; FREMONT EMERGENCY SERVICES; RADIOLOGY ASSOCIATES OF NEVADA; ST. ROSE DOMINICAN – SAN MARTIN CAMPUS; ALIGN CHIROPRACTIC CENTENNIAL GROUP; ANTHEM CHIROPRACTIC; SELECT PHYSICAL THERAPY; PERSONAL PRIMARY CARE, P.C. LAS VEGAS RADIOLOGY; MEDICAL FUNDING RESOURCES; | CASE NO.   2:15-cv-01693-JCM-NJK<br><br>~~(PROPOSED)~~ STIPULATION AND ORDER TO SCHEDULE A MOTION FOR INTERPLEADER |

. . .
. . .

| | |
|---|---|
| 1 | ADVANCED ORTHOPEDICS & SPORTS MEDICINE; |
| 2 | ADVANCED PAIN CONSULTANTS; DOE I-V, inclusive; and ROE I-V, inclusive, |
| 3 | |
| 4 | Defendants. |

## ~~(PROPOSED)~~ STIPULATION AND ORDER TO SCHEDULE A MOTION FOR INTERPLEADER

The parties as outlined below hereby submit the following (Proposed) Stipulation and Order to Schedule a Motion for Interpleader to be filed in 30 days, on or before January 22, 2016.

BARRON & PRUITT, LLP

/s/ Joshua A. Sliker, Esq.
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
3890 West Ann Road
North Las Vegas, NV 89031
Attorneys for Defendant,
*Southwest Airlines Co. Welfare Benefit Plan, incorrectly named as Southwest Airlines Co. Funded Welfare Benefit Plan*

G. DALLAS HORTON & ASSOCIATES

/s/ David L. Thomas, Esq.
G. DALLAS HORTON, ESQ.
Nevada Bar No. 5996
DAVID L. THOMAS, ESQ.
Nevada Bar No. 3172
CHRISTIAN Z. SMITH, ESQ.
Nevada Bar No. 8266
4435 South Eastern Avenue
Las Vegas, Nevada 89119
*Attorneys for Plaintiff*

PATIN LAW GROUP, PLLC

/s/ Ingrid Patin, Esq.
INGRID PATIN, ESQ.
Nevada Bar No. 11239
6671 S. Las Vegas Blvd., #210
Las Vegas, Nevada 89119
Attorneys for Defendant,
*ALIGN CHIROPRACTIC*

GARG GOLDEN LAW FIRM

/s/ Puneet K. Garg, Esq.
PUNEET K. GARG, ESQ.
Nevada Bar No. 9811
8880 W. Sunset Road, Suite #275
Las Vegas, Nevada 89148
Attorneys for Defendant,
*ANTHEM CHIROPRACTIC*

### ORDER

IT IS SO ORDERED:

Dated December 23 , 2015.

~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES MAGISTRATE JUDGE