# G DALLAS HORTON & ASSOCIATES, INC.
## Find Report
### All Transactions

| Source Name | Amount |
|---|---|
| Intake Set-Up Fee | $ 50.00 |
| AMR | $ 2.89 |
| Integrity Document Solutions, Inc. | $ 67.22 |
| Advance Pain Consultants | $ 44.69 |
| Copies/Scans (1,362 x .30) | $ 408.60 |
| Postage | $ 2.85 |
| Faxes (56 x .50) | $ 28.00 |
| Runners | $ 15.00 |
| | $ 619.25 |