# EXHIBIT "3"

| G. DALLAS HORTON<br>DAVID L. THOMAS<br>www.gdallashorton.com<br><br>4435 SOUTH EASTERN AVENUE<br>LAS VEGAS, NEVADA 89119 | **G. DALLAS HORTON**<br>**& ASSOCIATES**<br>ATTORNEYS AT LAW<br>*Exclusively Personal Injury* | CHRISTIAN Z. SMITH<br>J. BAUER HORTON[F]<br><sub>FAlso licensed in Texas</sub><br><sub>FOf Counsel</sub><br><br>TEL (702) 380-3100<br>FAX (702) 385-3101 |

July 20, 2015

## VIA CERTIFIED MAIL/RETURN RECEIPT REQUESTED
## (ARTICLE # 7015 0640 0000 5817 7443)

Ms. Cynthia Harris


### NOTICE OF ATTORNEY LIEN

Re:   Your Accident of August 22, 2014

Dear Ms. Harris:

    Pursuant to the attorney's retainer agreement entered into with you on or about January 19, 2015, please be advised that G. Dallas Horton & Associates claims a statutory lien for attorney's fees in the amount Twelve Thousand Six Hundred Sixty-Six and 66/100 Dollars ($12,666.66) and costs in the amount of Six Hundred Nineteen and 25/100 Dollars ($619.25) for a total lien amount of Thirteen Thousand Two Hundred Eighty-Five and 91/100 Dollars ($13,285.91) for services on behalf of you, pursuant to NRS 18.015, upon any claim, demand, settlement, or cause of action that you may have against or receive from Defendant(s).

    The Lien shall attach to any verdict, judgment, or money recovered on account of the suit filed, or any other action filed on behalf of you from the time of service of this Notice.

    In the meantime, should you have any questions or comments, please do not hesitate to contact our office. Thank you for your attention in this matter.

                        Very truly yours,

                        G. DALLAS HORTON & ASSOCIATES

                        DAVID L. THOMAS, ESQ.

DLT:mbf

G. DALLAS HORTON
DAVID L. THOMAS
www.gdallashorton.com

**G. DALLAS HORTON & ASSOCIATES**
ATTORNEYS AT LAW
*Exclusively Personal Injury*

CHRISTIAN Z. SMITH
J. BAUER HORTON[F]
FAlso licensed in Texas
FOf Counsel

4435 SOUTH EASTERN AVENUE
LAS VEGAS, NEVADA 89119

TEL (702) 380-3100
FAX (702) 385-3101

July 20, 2015

**(VIA CERTIFIED MAIL/RETURN RECEIPT REQUESTED)**
**(ARTICLE # 7015 0640 0000 5817 7467)**

National General Insurance
P.O. Box 1623
Winston Salem, NC 27102

| | | |
|---|---|---|
| **Re:** | **My Client** : | Cynthia Harris |
| | **Your Insured** : | Richard Melick |
| | **Your Claim Number** : | 1212537 |
| | **Date of Accident** : | **August 22, 2014** |

To Whom It May Concern:

    Pursuant to the attorney's retainer agreement entered into with Cynthia Harris on or about January 19, 2015, please be advised that G. Dallas Horton & Associates claims a statutory lien for attorney's fees in the amount Twelve Thousand Six Hundred Sixty-Six and 66/100 Dollars ($12,666.66) and costs in the amount of Six Hundred Nineteen and 25/100 Dollars ($619.25) for a total lien amount of Thirteen Thousand Two Hundred Eighty-Five and 91/100 Dollars ($13,285.91) for services on behalf of Cynthia Harris, pursuant to NRS 18.015, upon any claim, demand, settlement, or cause of action that Cynthia Harris may have against or receive from Defendant(s).

    The Lien shall attach to any verdict, judgment, or money recovered on account of the suit filed, or any other action filed on behalf of Cynthia Harris from the time of service of this Notice.

    In the meantime, should Cynthia Harris have any questions or comments, please do not hesitate to contact our office. Thank you for your attention in this matter.

Very truly yours,

G. DALLAS HORTON & ASSOCIATES

DAVID L. THOMAS, ESQ.

DLT:mbf

| | | |
|---|---|---|
| G. DALLAS HORTON<br>DAVID L. THOMAS<br>www.gdallashorton.com<br><br>4435 SOUTH EASTERN AVENUE<br>LAS VEGAS, NEVADA 89119 | **G. DALLAS HORTON<br>& ASSOCIATES**<br>ATTORNEYS AT LAW<br>*Exclusively Personal Injury* | CHRISTIAN Z. SMITH<br>J. BAUER HORTON[F]<br><sub>FAlso licensed in Texas</sub><br><sub>FOf Counsel</sub><br><br>TEL (702) 380-3100<br>FAX (702) 385-3101 |

July 20, 2015

**_VIA CERTIFIED MAIL/RETURN RECEIPT REQUESTED_**
**_(ARTICLE # 7015 0640 0000 5817 7450)_**

Geico Insurance
P.O. Box 509119
San Diego, CA 92150

Re:  My Client/Your Insured  :  **Cynthia Harris**
     Your Claim Number       :  **0142700750101085**
     Date of Accident        :  **August 22, 2014**

To Whom It May Concern:

Pursuant to the attorney's retainer agreement entered into with Cynthia Harris on or about January 19, 2015, please be advised that G. Dallas Horton & Associates claims a statutory lien for attorney's fees in the amount Twelve Thousand Six Hundred Sixty-Six and 66/100 Dollars ($12,666.66) and costs in the amount of Six Hundred Nineteen and 25/100 Dollars ($619.25) for a total lien amount of Thirteen Thousand Two Hundred Eighty-Five and 91/100 Dollars ($13,285.91) for services on behalf of Cynthia Harris, pursuant to NRS 18.015, upon any claim, demand, settlement, or cause of action that Cynthia Harris may have against or receive from Defendant(s).

The Lien shall attach to any verdict, judgment, or money recovered on account of the suit filed, or any other action filed on behalf of Cynthia Harris from the time of service of this Notice.

In the meantime, should Cynthia Harris have any questions or comments, please do not hesitate to contact our office. Thank you for your attention in this matter.

Very truly yours,

G. DALLAS HORTON & ASSOCIATES

DAVID L. THOMAS, ESQ.

DLT:mbf