G. DALLAS HORTON & ASSOCIATES
G. DALLAS HORTON, ESQ.
Nevada Bar No. 5996
DAVID L. THOMAS, ESQ.
Nevada Bar No. 3172
CHRISTIAN Z. SMITH, ESQ.
Nevada Bar No. 8266
4435 South Eastern Avenue
Las Vegas, Nevada 89119
(702) 380-3100
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

G. DALLAS HORTON & ASSOCIATES, a Nevada Corporation;

Plaintiff,

v.

CYNTHIA HARRIS, an individual, LINCOLN FINANCIAL GROUP; THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; CIGNA GROUP INSURANCE; LIFE INSURANCE COMPANY OF NORTH AMERICA; BENEFIT RECOVERY, INC.; UNITED HEALTHCARE OF NEVADA INCOPORATED; AMERICAN MEDICAL RESPONSE; FREMONT EMERGENCY SERVICES; RADIOLOGY ASSOCIATES OF NEVADA; ST. ROSE DOMINICAN – SAN MARTIN CAMPUS; ALIGN CHIROPRACTIC CENTENNIAL GROUP; ANTHEM CHIROPRACTIC; SELECT PHYSICAL THERAPY; PERSONAL PRIMARY CARE, P.C. LAS VEGAS RADIOLOGY; MEDICAL FUNDING RESOURCES;

. . .

. . .

CASE NO. 2:15-cv-01693-JCM-GWF

**PLAINTIFF'S REPLY TO DEFENDANT SOUTHWEST AIRLINES CO. FUNDED WELFARE BENEFIT PLAN'S RESPONSE TO MOTION TO DISTRIBUTE FUNDS PURSUANT TO FRCP 22**

ADVANCED ORTHOPEDICS & SPORTS MEDICINE;
ADVANCED PAIN CONSULTANTS;
DOE I-V, inclusive; and ROE I-V, inclusive,

Defendants.

**PLAINTIFF'S REPLY TO DEFENDANT SOUTHWEST AIRLINES CO. FUNDED WELFARE BENEFIT PLAN'S RESPONSE TO MOTION TO DISTRIBUTE FUNDS PURSUANT TO FRCP 22**

COMES NOW, Plaintiff, by and through it's attorney, DAVID L. THOMAS, ESQ., of the law firm G. DALLAS HORTON & ASSOCIATES and files this Reply to Defendant Southwest Airlines Co. Funded Welfare Benefit Plan's Response to Motion to Distribute Funds pursuant to FRCP 22.

DATED this 18th day of February, 2016.

G. DALLAS HORTON & ASSOCIATES



G. DALLAS HORTON, ESQ.
Nevada Bar No. 5996
DAVID L. THOMAS, ESQ.
Nevada Bar No. 3172
CHRISTIAN Z. SMITH, ESQ.
Nevada Bar No. 8266
4435 South Eastern Avenue
Las Vegas, Nevada 89119
*Attorneys for Plaintiff*

## I.

## INTRODUCTION

An interpleader Plaintiff "is supposed to be disinterested in the ultimate disposition of the" interpleader fund. *Mut. of Omaha Ins. Co. v. Estate of Arachikavitz*, No. 2:06-CV-00830-BES, 2007 WL 2788604, at *5 (D. Nev. Sept. 21, 2007). As such, the Interpleader Plaintiff has taken no position as to the disposition of the funds beyond what the Nevada Supreme Court stated in *Michel v. Eighth Judicial Dist. Court ex rel. County of Clark*, 117 Nev. 145, 150-51, 17

P.3d 1003, 2007 (Nev., 2001): The Interpleader Plaintiff's lien has priority over other lienholders and is not subject to any sharing with other lienholders.

Here, the interpleader fund is $35,000.00. Based on *Michel* the Interpleader Plaintiff's only position is that it is entitled to its entire $13,285.91 out of the $35,000.00 in available funds. Under *Arachikavitz*, the Interpleader Plaintiff is disinterested in, and takes no position on, how to distribute the remaining funds.

Southwest Airlines' ("SWA") position does not change the fact that the Interpleader Plaintiff is entitled to its entire lien amount.

**A. SWA's Position does not Change the Results the Interpleader Plaintiff Requests**

SWA's position and cited authority indicate that SWA has priority over all the other lienholders, including the Interpleader Plaintiff. However, neither SWA nor any other Interpleader Defendant disputes the Interpleader Plaintiff's interpretation of *Michel*. Likewise, SWA does not argue that the Interpleader Plaintiff has to share its lien with any other lienholder after SWA's lien is satisfied.

As shown below, the Court can satisfy both SWA's lien and the Interpleader Plaintiff's liens in their entirety and still have money left to distribute to the other Interpleader Defendants remaining in the action on any basis that the Court sees fit. The Interpleader Plaintiff's lien is $13,285.91. SWA's lien is for $9,124.56. These two liens total $22,410.47.

The total amount of interpleader funds is $35,000.00. If the Court satisfies both SWA's lien and the Interpleader Plaintiff's lien in their entirety, there would still be $12,589.53 in interpleader funds remaining for the other Interpleader Defendants for the Court to distribute.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

**II.**

**CONCLUSION**

The above being true, SWA's position does not dilute the Interpleader Plaintiff's right to its entire lien amount of $13,285.91. The Interpleader Plaintiff again respectfully requests that the Court order the Interpleader Plaintiff receive that amount.

DATED this 18th day of February, 2016.

G. DALLAS HORTON & ASSOCIATES

G. DALLAS HORTON, ESQ.
Nevada Bar No. 5996
DAVID L. THOMAS, ESQ.
Nevada Bar No. 3172
CHRISTIAN Z. SMITH, ESQ.
Nevada Bar No. 8266
4435 South Eastern Avenue
Las Vegas, Nevada 89119
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document entitled **PLAINTIFF'S REPLY TO DEFENDANT SOUTHWEST AIRLINES CO. FUNDED WELFARE BENEFIT PLAN'S RESPONSE TO MOTION TO DISTRIBUTE FUNDS PURSUANT TO FRCP 22** has been served upon all counsel of record by using the United States District Court, District of Nevada's Case Management/Electronic Case Filing System that will electronically mail notification to the following counsel of record:

Ingrid Patin, Esq.
PATIN LAW GROUP, PLLC
7925 W. Russell Road, No. 401714
Las Vegas, Nevada 89140
Attorneys for Defendant,
*ALIGN CHIROPRACTIC*

Puneet K. Garg, Esq.
GARG GOLDEN LAW FIRM
8880 W. Sunset Road, Suite #275
Las Vegas, Nevada 89148
Attorneys for Defendant,
*ANTHEM CHIROPRACTIC*

Joshua A. Sliker, Esq.
BARRON & PRUITT, LLP
3890 West Ann Road
North Las Vegas, Nevada 89031
Attorneys for Defendant,
*THE SOUTHWEST AIRLINES CO. WELFARE BENEFIT PLAN, incorrectly named as SOUTHWEST AIRLINES CO. FUNDED WELFARE BENEFIT PLAN*;

Sarah A. Morris, Esq.
Brian A. Morris, Esq.
MORRIS & MORRIS
6085 W. Twain Ave., Suite 201
Las Vegas, Nevada 89103
Attorneys for Defendant,
*MEDICAL FUNDING RESOURCES*

and by placing a true and correct copy of same into a sealed envelope and into the regular U.S. Mail, first class postage prepaid thereon, and addressed to the following at the address listed below:

Cynthia Harris
10245 S. Maryland Parkway, #238
Las Vegas, Nevada 89183
*Defendant Pro Se*

Dated this 18th day of February, 2016.

An employee of G. DALLAS HORTON & ASSOCIATES