**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, NV 89031
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
Email: bpruitt@lvnvlaw.com
*Attorneys for Southwest Airlines Co. Welfare Benefit Plan, incorrectly named as Southwest Airlines Co. Funded Welfare Benefit Plan*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

*****

| | |
|---|---|
| G. DALLAS NORTON & ASSOCIATES, | Case No.: 2:15-cv-01693-JCM-NJK |
| Plaintiff, | |
| vs. | **NOTICE OF DISASSOCIATION OF COUNSEL** |
| CYNTHIA HARRIS, an individual, LINCOLN FINANCIAL GROUP, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, CIGNA GROUP INSURANCE, LIFE INSURANCE COMPANY OF NORTH AMERICA, SOUTHWEST AIRLINES CO. FUNDED WELFARE BENEFIT PLAN, AMERICAN MEDICAL RESPONSE, FREMONT EMERGENCY SERVICES, RADIOLOGY ASSOCIATES OF NEVADA, ST. ROSE DOMINICAN – SAN MARTIN CAMPUS, ALIGN CHIROPRACTIC CENTENNIAL GROUP, ANTHEM CHIROPRACTIC, SELECT PHYSICAL THERAPY, PERSONAL PRIMARY CARE, P.C., LAS VEGAS RADIOLOGY, MEDICAL FUNDING RESOURCES, | |
| Defendants. | |

TO: Clerk of Court

TO: All parties of interest and their counsel

/ / /

/ / /

/ / /

/ / /

1

Effective March 11, 2016, Attorney Joshua A. Sliker, Esq. will disassociate from Barron & Pruitt, LLP.  Attorney William H. Pruitt, Esq. will be the attorney of record for Defendant Southwest Airlines Co. Funded Welfare Benefit Plan in this matter.  Please adjust your service lists accordingly.

DATED this <u>21st</u> day of March, 2016.

BARRON & PRUITT, LLP

William H. Pruitt, Esq.
Nevada Bar No. 6783
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Southwest Airlines Co. Welfare Benefit Plan, incorrectly named as Southwest Airlines Co. Funded Welfare Benefit Plan*

585.65

2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of March, 2016, I served the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL** as follows:

☐ US MAIL: by placing the document(s) listed above in a sealed envelope, postage prepaid, in the United States Mail at Las Vegas, Nevada, addressed to the following:

☐ BY FAX: by transmitting the document(s) listed above via facsimile transmission to the fax number(s) set forth below.

☐ BY HAND-DELIVERY: by hand-delivering the document(s) listed above to the address(es) set forth below.

☐ BY EMAIL: by emailing the document(s) listed above to the email address(es) set forth below.

☒ BY ELECTRONIC SERVICE: by electronically serving the document(s) listed above with the CM/ECF system upon the following:

G. Dallas Horton, Esq.
David L. Thomas, Esq.
Christian Z. Smith, Esq.
G. DALLAS HORTON & ASSOCIATES
4435 South Eastern Avenue
Las Vegas, Nevada 89119
Fax: 702-385-3101
Email: davidthomas@gdallashorton.com
*Attorneys for Plaintiff*

Anthony B. Golden, Esq.
Puneet K. Garg, Esq.
GARG GOLDEN LAW FIRM
8880 W. Sunset Road #275
Las Vegas, Nevada 89148
Fax: (702) 850-0204
Email: agolden@garggolden.com
Email: pgarg@garggolden.com
*Attorneys for Anthem Chiropractic*

Ingrid Patin, Esq.
PATIN LAW GROUP, PLLC
7925 W. Russell Road, No. 401714
Las Vegas, Nevada 89140
Fax: 702-728-2782
Email: ingrid@patinlaw.com
*Attorney for Defendant Align Chiropractic*

585.65

Cynthia Harris
10245 S. Maryland Parkway #238
Las Vegas, Nevada 89183
*Defendant Pro Se*
**Via mail only**

/s/  Jill L. Williams
_____
An Employee of BARRON & PRUITT, LLP

**BARRON & PRUITT, LLP**
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950