1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

7

G. DALLAS HORTON & ASSOCIATES,

Case No. 2:15-CV-1693 JCM (GWF)

8

Plaintiff(s),

ORDER

9

v.

10

CYNTHIA HARRIS, et al.,

11

Defendant(s).

12
13
14

Presently before the court is the matter of *G. Dallas Horton & Associates v. Cynthia Harris, et al.*, case no. 2:15-cv-01693-JCM-GWF.

15
16
17

This is an interpleader action filed by plaintiff G. Dallas Horton & Associates. On July 28, 2016, the court filed an order granting plaintiff's motion to disburse funds and adjudicating the various parties' interests in the funds held by plaintiff. (*See* ECF No. 54).

18
19
20

First, some of the funds at issue were deposited with the court. Those funds shall be distributed to plaintiff for distribution consistent with this order and the court's July 28, 2016, order. (*See id.*)

21
22
23
24
25
26

Second, the July 28, 2016, order does not direct distribution of all of the funds that are at issue in the interpleader. Specifically, $2,469.11 remains in the settlement fund. The fund exists to ensure appropriate distribution of a settlement involving a car accident in which defendant Cynthia Harris was injured. The settlement was intended to compensate Ms. Harris for her injury and pay for her medical bills. The court having resolved all competing superior claims to those of Ms. Harris via this interpleader action, any remaining funds shall be distributed to Ms. Harris.

27

. . .

28

. . .

**James C. Mahan**
**U.S. District Judge**

1   Accordingly,

2   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the court shall release

3   any funds deposited with the court with respect to this matter to plaintiff G. Dallas Horton &

4   Associates, to be distributed consistently with this order and the court's July 28, 2016, order. (ECF

5   No. 54).

6   IT IS FURTHER ORDERED that plaintiff G. Dallas Horton & Associates shall distribute

7   any funds remaining after compliance with the court's July 28, 2016, order (ECF No. 54) to

8   defendant Cynthia Harris.

9   DATED August 4, 2016.

10

11   UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -