G. DALLAS HORTON & ASSOCIATES
G. DALLAS HORTON, ESQ.
Nevada Bar No. 5996
DAVID L. THOMAS, ESQ.
Nevada Bar No. 3172
CHRISTIAN Z. SMITH, ESQ.
Nevada Bar No. 8266
4435 South Eastern Avenue
Las Vegas, Nevada 89119
(702) 380-3100
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| G. DALLAS HORTON & ASSOCIATES, a Nevada Corporation; | ) | CASE NO.   2:15-cv-01693-JCM-GWF |
| Plaintiff, | ) ) ) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(2)** |
| v. | ) | |
| CYNTHIA HARRIS, an individual, LINCOLN FINANCIAL GROUP; THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; CIGNA GROUP INSURANCE; LIFE INSURANCE COMPANY OF NORTH AMERICA; BENEFIT RECOVERY, INC.; UNITED HEALTHCARE OF NEVADA INCOPORATED; AMERICAN MEDICAL RESPONSE; FREMONT EMERGENCY SERVICES; RADIOLOGY ASSOCIATES OF NEVADA; ST. ROSE DOMINICAN – SAN MARTIN CAMPUS; ALIGN CHIROPRACTIC CENTENNIAL GROUP; ANTHEM CHIROPRACTIC; SELECT PHYSICAL THERAPY; PERSONAL PRIMARY CARE, P.C. LAS VEGAS RADIOLOGY; MEDICAL FUNDING RESOURCES; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

. . .
. . .

| | |
|---|---|
| 1 | ADVANCED ORTHOPEDICS & SPORTS MEDICINE; |
| 2 | ADVANCED PAIN CONSULTANTS; |
| 3 | DOE I-V, inclusive; and ROE I-V, inclusive, |
| 4 | Defendants. |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(2)

Pursuant to FRCP 41 (a)(2), per the Orders from this Honorable Court dated July 24 and August 4, 2016, and because the disbursal of the funds as outlined in this Order have been made, Plaintiff requests the above-entitled matter is hereby voluntary dismissed with prejudice and the Clerk of the above-entitled court is hereby requested to enter a dismissal in said action. An Affidavit of David L. Thomas, Esq. is attached hereto to support payment of said funds as Exhibit "1".

DATED this _____ day of June, 2017.

G. DALLAS HORTON & ASSOCIATES

_____
G. DALLAS HORTON, ESQ.
Nevada Bar No. 5996
DAVID L. THOMAS, ESQ.
Nevada Bar No. 3172
CHRISTIAN Z. SMITH, ESQ.
Nevada Bar No. 8266
4435 South Eastern Avenue
Las Vegas, Nevada 89119
*Attorneys for Plaintiff*

## ORDER

IT IS SO Ordered.

DATED **June 7, 2017.**

_____
UNITED STATES DISTRICT JUDGE

# AFFIDAVIT OF DAVID L. THOMAS, ESQ. IN SUPPORT OF NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(2)

STATE OF NEVADA    )
                   )  ss.
COUNTY OF CLARK    )

I, DAVID L. THOMAS, ESQ., being first duly sworn, deposes and states that:

1. That I am an attorney at G. Dallas Horton & Associates and was the associate working on this file;

2. That the following payments were issued pursuant to the Court's Orders:

   a. a check in the amount of $1,650.00 representing payment in full to Medical Funding Resources;

   b. a check in the amount of $7,424.10 representing payment in full to Align Chiropractic;

   c. a check in the amount of $9,124.56 representing payment in full to Benefit Recovery Group, LLC for Southwest Airlines;

   d. a check in the amount $2,045.85 representing payment in full to Anthem Chiropractic;

   e. a check in the amount of $12,285.91 to G. Dallas Horton & Associates; and

   f. a check in the amount of $2,471.06 to Cynthia Harris.

DATED this _____ day of June, 2017.

_____
DAVID L. THOMAS, ESQ.

State of Nevada
County of Clark

Signed and Sworn to before me on this ____ day of June, 2017 by David L. Thomas, Esq.

_____
NOTARY PUBLIC, in and for the
County of Clark, State of Nevada

NOTARY PUBLIC
RHONDA CORBIN
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. APR. 13, 2021
No: 13-10023-1

Page 1 of 1